IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORRADO & SONS, INC., : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 07-4017 |
| D.R. HORTON, INC. - NEW JERSEY, : | |
| Defendant. : | |
| : | |

## ORDER

**AND NOW**, this ___ of November, 2009, upon consideration of Plaintiff's Motion to Mold the Verdict Pursuant to CASPA (Doc. 76), and Defendant's Response thereto (Doc. 85), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment in favor of Plaintiff, Corrado & Sons, Inc., and against Defendant, D.R. Horton, Inc. - New Jersey, in the amount of nine hundred twelve thousand, six hundred twenty-seven dollars and ninety-seven cents ($912,627.97).

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.